Núm. 7430.—Ramírez, apldo. *v.* P. R. Dairy Co., et al., apltes.— C. D. San Juan. ▮▮▮▮ Mayo 9, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, estamos conformes con las apelantes en que hubiera sido mejor decir que cierta parte de un error no había sido bien señalada, en vez de decir que la misma "está malamente señalada", y la opinión debe corregirse para que así lea;[3]

Por cuanto, de otro modo no procede la reconsideración;

(*) Corregida la opinión original. Véase ante, pág. 94.

Por tanto, se corrige nuestra opinión de abril 21, 1938, en la forma antes indicada y se declara no haber lugar a la reconsideración solicitada.